

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-76,391-03

### EX PARTE EDWARD LOUIS WOODARD, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 6793 IN THE 506TH DISTRICT COURT
### FROM WALLER COUNTY

*Per curiam*.

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). In 1992, Applicant was convicted of aggravated assault and sentenced to three years' imprisonment. He did not appeal his conviction.

Applicant contends his conviction is void. The trial court finds that Applicant is entitled to relief based on improper admonishments. We agree Applicant is entitled to relief. However, we base our ruling on the fact that Applicant was not represented by counsel nor did he waive counsel.

Relief is granted. The judgment in Cause No. 6793 in the 506th District Court[1] of Waller County is set aside, and Applicant is remanded to the custody of the Sheriff of Waller County to answer the charges against him. The trial court shall issue any necessary bench warrant within 10 days after the mandate of this Court issues.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and Pardons and Paroles Division.

Delivered: October 30, 2013
Do not publish

---

[1] Judgment was rendered in Waller County in the 9th Judicial District Court. Subsequently, the legislature removed Waller County from the 9th Judicial District and created the 506th Judicial District composed of Grimes and Waller Counties. The current 9th Judicial District Court is composed of Montgomery County only.